**Dismissed and Opinion Filed September 7, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00761-CV

## IN THE INTEREST OF S.E.A., A CHILD

On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-15-14766-R

## MEMORANDUM OPINION

Before Chief Justice Wright and Justice Lang-Miers and Justice Stoddart
Opinion by Justice Stoddart

Before the Court is appellant's August 29, 2016 unopposed motion to dismiss the appeal.

Appellant has informed the Court that she has settled her differences with appellee.

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P 42.1(a)(1).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

160761F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.E.A., A CHILD,

No. 05-16-00761-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-15-14766-R.
Opinion delivered by Justice Stoddart. Chief Justice Wright and Justice Lang-Miers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Jose L. Aguinaga recover his costs of this appeal from appellant Sara Aguinaga.

Judgment entered this 7th day of September, 2016.